Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





CLINTON E. WOLF and 

JOANN P. WOLF,


 Appellants,


v.


VINCENT B. ANDREAS, III and
MICHAEL L. ANDREAS,


 Appellees. 

§


 


§


 


§


 


§


 


§



§

No. 08-07-00002-CV



Appeal from


 34th District Court


of El Paso County, Texas


(TC # 2006-2175)





MEMORANDUM OPINION



 Pending before the Court is Appellants' motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1(a)(1). Appellees do not oppose the motion to dismiss. We grant the motion and
dismiss the appeal. Costs are taxed against Appellants. See Tex.R.App.P. 42.1(d)(absent agreement
of the parties, the court will tax costs against the appellant).


May 31, 2007 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.